USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/28/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE AMADOR *ON BEHALF OF HERSELF, FLSA COLLECTIVE PLAINTIFFS AND THE CLASS*,

    Plaintiff,

v.

EL PASO TAQUERIA 1643 CORP. *DOING BUSINESS AS* EL PASO, EL PASO DELI RESTAUARNT CORP. *DOING BUSINESS AS* EL PASO, EL PASO TAQUERIA CORP. *DOING BUSINESS AS* NOCCIOLA RISTORANTE, JOHN DOE CORP. *DOING BUSINESS AS* EL PASO FOOD TRUCK, DAVID GARNELO, RODRIGO ABRAHAM AND ANGEL GRANDETEPOZ,

    Defendants.

No. 15-CV-8878 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the Settlement Agreement and Release signed by all parties. Dkt. 45. After having reviewed Plaintiff's Complaint, Defendant's Answer, and the Settlement Agreement and Release, it is hereby ORDERED that:

1. The parties' Amended Agreement: (a) is fair to all parties; (b) reasonably resolves a bona fide disagreement between the parties with regard to the merits of Plaintiff's claims; and (c) demonstrates a good faith intention by the parties that Plaintiff's claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Court therefore approves the Settlement Agreement.

2. The award of attorney's fees is reasonable.

3. This lawsuit and Plaintiff's claims are dismissed with prejudice in their entirety.

4. Each party shall bear its own costs, including attorney's fees, except as specifically provided to the contrary in the Settlement Agreement.

This action is hereby dismissed with prejudice, and the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: February 28, 2017
New York, New York

_____
Ronnie Abrams
United States District Judge